UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TARRELL M. SMITH, | ) | |
| Petitioner, | ) | 2:11-cv-00820-KJD-PAL |
| vs. | ) | |
| BRIAN E. WILLIAMS, et al., | ) | ORDER |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* On September 19, 2011, respondents filed a motion for an extension of time to file their response to the petition. (ECF No. 10.) Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including October 19, 2011, to file their response.

DATED: September 20, 2011

_____
UNITED STATES DISTRICT JUDGE