**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TARRELL M. SMITH, | ) |
| Petitioner, | ) 2:11-cv-00820-KJD-PAL |
| vs. | ) ORDER |
| BRIAN E. WILLIAMS, et al., | ) |
| Respondents. | ) |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* On September 19, 2011, respondents filed a motion for an extension of time to file their response to the petition. (ECF No. 10.) Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including October 19, 2011, to file their response.

DATED: September 20, 2011

_____
UNITED STATES DISTRICT JUDGE